IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TAWANA M. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 08-0717-CV-W-JTM-SSA |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Oral argument on the briefs filed in this case is set for July 28, 2009, at 1:30 p.m. before the undersigned in Courtroom 7E (7th floor), Charles Evans Whittaker Courthouse, 400 East 9th Street, Kansas City, Missouri.

IT IS SO ORDERED.

                                                 */s/ JOHN T. MAUGHMER*
                                                        JOHN T. MAUGHMER
                                                   United States Magistrate Judge

Kansas City, Missouri